**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 20-258 (FAB) |
| **RAFAEL PINA-NIEVES** | |

**NOTICE OF APPEARANCE**

The undersigned attorney hereby enters his notice of appearance as counsel on behalf of the defendant Rafael Pina-Nieves.

**I HEREBY CERTIFY** that, in accordance with Federal Rule of Criminal Procedure 49, a true and correct copy of the foregoing has been furnished via CM/ECF to all parties.

**s/ EDWIN PRADO-GALARZA, ESQ.**
Attorney at Law
Prado, Núñez & Asociados, P.S.C.
403 Del Parque St., Suite 8
San Juan, PR 00912
T. (787) 977-1411
F. (787) 977-1410
Pradolaw10@gmail.com
USDCPR NO. 208804