### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br>v.<br><br>**RAFAEL PINA NIEVES,**<br>    Defendant. | **CRIMINAL NO.** 20-258 (FAB) |

### CONSENT MOTION TO RESTRICT

TO THE HONORABLE COURT:

COMES NOW the defendant, **RAFAEL PINA NIEVES**, through his undersigned counsel, and files this motion requesting the Court's leave to file his contemporaneous *Motion to Modify Conditions of Release* as a document to which only the Government and he have access, as it contains details about a confidential business transaction of Mr. Pina-Nieves. The Government expressed no objection to this request.

**WHEREFORE**, Mr. Pina-Nieves respectfully requests the Honorable Court GRANT this unopposed motion, with any additional relief it deems just.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this September 17, 2020.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with using the CM/ECF system which will send a copy and notification of filing to all counsel of record.

*s/ Javier Micheo Marcial*
Javier Micheo Marcial
USDC-PR No. 305310
javier.micheo@dmralaw.com

**DMRA Law LLC**
Centro Internacional de Mercadeo
Torre 1, Suite 402
Guaynabo, PR 00968
787-331-9970