IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) Docket No.:   0104 3:20CR00258-1 |
| **RAFAEL PINA-NIEVES** | ) |
| | ) |

**MOTION REQUESTING RELIEF**

TO THE HONORABLE FRANCISCO A. BESOSA

UNITED STATES DISTRICT JUDGE

FOR THE DISTRICT OF PUERTO RICO

COMES NOW, Yaritza Feliciano, U. S. Probation Officer of this Court, and respectfully informs that:

1. On May 24, 2022, the defendant was sentenced to a forty-one (41) month imprisonment term and three (3) years of supervised release.
2. As part of his pretrial supervision conditions, the defendant was required to pay for location monitoring services at a cost of $3.18 per day.
3. At the time of his sentencing, the defendant left a pending balance of $163.48. In order to comply with audit requirements, we respectfully request that this Honorable Court waives said balance from Mr. Pina-Nieves.

WHEREFORE, the undersigned respectfully prays that the Court take notice of the contents of this motion and that Mr. Pina-Nieves' pending balance be waived.

In San Juan, Puerto Rico, on September 6, 2022.

Respectfully Submitted,

LUIS ENCARNACION CANALES, CHIEF
U.S. PROBATION OFFICER

*s/Yaritza Feliciano*
Yaritza Feliciano
U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón, Rm. 225
San Juan PR  00918-1741
Telephone: 787-766-5596
Fax: 787-766-5651
Email: Yaritza_feliciano@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the pertinent parties.

In San Juan, Puerto Rico, on September 6, 2022.

Respectfully Submitted,

LUIS ENCARNACION CANALES, CHIEF
U.S. PROBATION OFFICER

*s/Yaritza Feliciano*
Yaritza Feliciano
U.S. Probation Officer